**FILED**

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

December 02, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____**NM**_____

DEPUTY

| | |
|---|---|
| **ISAAC SOLANO GARCIA,** § | |
| **Petitioner,** § | |
| **v.** § | **CIVIL NO. SA-25-CV-1552-OLG** |
| **PAMELA BONDI** *et al.*, § | |
| **Respondents.** § | |

**O R D E R**

On November 21, 2025, Petitioner Isaac Solano Garcia filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Dkt. No. 1). Upon consideration, **IT IS ORDERED** that the Clerk of Court shall send copies of the Petition (Dkt. No. 1) and this Order by U.S. Certified Mail Return Receipt Requested to the Office of the United States Attorney on behalf of all Respondents at the following addresses:

**Mary F. Kruger
U.S. Attorney's Office
Chief, Civil Division
601 NW Loop 410, Suite 600
San Antonio, Texas 78216**

**Warden
Karnes County Immigration Processing Center
409 FM 1144
Karnes City, Texas 78118**

Absent further order of the Court, such deliveries will constitute sufficient service of process upon all Respondents.

**IT IS FURTHER ORDERED** that Respondents shall file a response to the Petition (Dkt. No. 1) within **fourteen (14) days** of service.

**IT IS FURTHER ORDERED** that, if Petitioner elects to file a reply, Petitioner may do so no later than **seven (7) days** after Respondents file their response.

**SIGNED** this 2nd day of December, 2025.

_____

ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE